

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00043-CV

IN RE BILLY RAY RISLEY                                    RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 0364194D

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's "Writ of Mandamus" and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL: WALKER, MEIER, and SUDDERTH, JJ.

DELIVERED: February 12, 2015

---

[1]See Tex. R. App. P. 47.4, 52.8(d).